◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 3:22-CR-00009-015 |
| **KRISTINA HUBBARD** | |

On November 27, 2023, Hubbard was convicted of Misprision of a Felony in violation of 18 U.S.C. § 4 and sentenced to two years on probation. The Court ordered special conditions to include: (1) substance abuse testing and treatment; (2) mental health treatment; (3) a prohibition from possessing or using alcoholic beverages while enrolled in treatment; (4) a search condition; (5) and a $100 special assessment. On November 27, 2023, Hubbard's term of supervision commenced in the Northern District of Georgia.

Hubbard has complied with the conditions imposed by the Court and meets the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. It is accordingly recommended she be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13TH day of MAY, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE